John C. Ulin (SBN 165524)
John.Ulin@aporter.comL
James S. Blackburn (SBN 169134)
James.Blackburn@aporter.com
Eric D. Mason (SBN 259233)
Eric.Mason@porter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th FL
Los Angeles, CA 90017-5844
T:  (213) 243-4000; F:  (213) 243-4199

Attorneys for Plaintiffs Sweet People Apparel, Inc., d/b/a Miss Me and RCRV Inc. d/b/a ROCK REVIVAL

Lynda J. Zadra-Symes (SBN 156,511)
ljs@kmob.com
Jeff Van Hoosear (SBN 147,751)
jvanhoosear@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile:  (949) 760-9502

Attorneys for Defendant Machine Jeans, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a Miss Me, a California corporation and RCRV, INC. d/b/a ROCK REVIVAL, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MACHINE JEANS, INC,, a California corporation and THE WET SEAL, INC.. a Delaware corporation,<br><br>Defendants.<br><br>RELATED COUNTERCLAIMS | Case No. CV11-07773 RSWL(FFMx)<br><br>**ORDER ENTERING STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANT MACHINE JEANS, INC.** |

///
///

WHEREAS, on the terms set forth in their Stipulation for Entry of a Permanent Injunction Against Defendant Machine Jeans, Inc., Plaintiffs and Counter-Defendants Sweet People Apparel, Inc. d/b/a Miss Me ("Sweet People") and RCRV, Inc. d/b/a Rock Revival ("RCRV"), on the one hand, and Defendant and Counterclaimant Machine Jeans, Inc. ("Machine Jeans"), on the other hand, through their respective counsel, have agreed to the entry of a Stipulated Permanent Injunction against Machine Jeans, and for good cause appearing therefore,

## ORDER

**IT IS HEREBY ORDERED** that:

1. Machine Jeans and its agents, officers, servants, employees, attorneys and persons who are in active concert or participated with any of them, shall be PERMANENTLY ENJOINED and RESTRAINED, from the date of this Stipulated Permanent Injunction and Order forward, from the following acts:

    (a) designing, manufacturing, importing, exporting, distributing, advertising, purchasing, offering for sale, selling, promoting, or marketing of any of the Accused Products; and

    (b) designing, manufacturing, importing, exporting, distributing, advertising, purchasing, offering for sale, selling, promoting, or marketing of any jeanswear products bearing the Accused Designs; and

2. This Court retains jurisdiction of this action for the purpose of enforcing the provisions of this Stipulated Permanent Injunction and Order by way of contempt motion or otherwise, and is enforceable against the Parties' affiliates, subsidiaries, parents, related companies, successors and assigns to the extent permitted by law.

3. The Parties waive any right to appeal this Stipulated Permanent Injunction and Order.

1
2
3

      4.    The Parties agree that each shall bear its own costs and fees associated with this Stipulated Permanent Injunction and Order and the Civil Action.

4
5

SO ORDERED, ADJUDGED AND DECREED this 3rd day of August, 2012.

6
7

        RONALD S.W. LEW
       _____

8
9

       Honorable Ronald S.W. Lew
       Senior, U.S. District Court Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28